IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EDDIE LEE TUCKER, #135 807, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-801-WHA |
| | ) | [WO] |
| MARY COOK - WARDEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Plaintiff's notice of voluntary withdrawal (Doc. 6), which the court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is ORDERED that this lawsuit is DISMISSED in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE this 14th day of December, 2017.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE